NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Griffin Cagney,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>National Firearms Dealer Network LLC,<br><br>　　　　　　　Defendant. | No. CV-15-01264-PHX-JJT<br><br>**ORDER** |

On April 19, 2016, this Court issued an Order (Doc. 34) that Plaintiff Griffin Cagney was to file a status report within seven days as to why he had not complied with the Court's earlier Order (Doc. 31) regarding whether he would proceed pro se or retain new counsel. The time for responding has passed. Accordingly,

IT IS HEREBY ORDERED dismissing this case.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 3rd day of May, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge